UNITY CO. *vs.* GULF OIL CORPORATION

PETITION TO RECTIFY ERRORS.

Cumberland.  Decided March 3, 1945.

PER CURIAM

This is a petition to rectify alleged errors in the Opinion in the above entitled case argued before the Law Court at the October Term, 1944, and appearing in 141 Me., 148, and 40 Atl. (2d) , 4. It is filed by Gulf Oil Corporation, defendant therein.

A careful examination of the original case discloses no error of law or fact in the Opinion rendered which requires correction.

*Petition dismissed.*

*Nathan Thompson,*

*Richard Chapman,* ex parte.

SITTING: STURGIS, C. J., THAXTER, HUDSON, MANSER, MURCHIE, JJ.